AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | | |
|---|---|---|
| United States of America<br>v.<br>RONTEA GUNN<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  8:26MJ138 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 7, 2026 _____ in the county of _____ Sarpy _____ in the
_____ District of _____ Nebraska _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Paton Lovett, Special Agent with ATF
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable
electronic means.

Date:  4/7/2026 _____

_____
*Judge's signature*

City and state:         Omaha, Nebraska

Ryan C. Carson, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Special Agent Paton Lovett of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge, and belief:

## INTRODUCTION AND AGENT BACKROUND

1.      Your Affiant, Paton Lovett, is a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, Omaha, Nebraska.  I am an investigative or law enforcement officer of the United States, within the meaning of Title 18, United States Code, Section 2510(7), that is an officer of the United States empowered by law to conduct investigations of, and to make arrests for, offenses enumerated by statute in the United States Code, and the Nebraska Statutory Code.

2.      I have been employed by the ATF as a Special Agent since December of 2021. I am assigned to the Omaha Field Office which is in the Kansas City Field Division and also assigned to the ATF's Special Response Team (SRT) One. I have received training through the Federal Law Enforcement Training Center, located in Glynco, Georgia, to include the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program. I investigate violations of federal criminal statutes, including violations of federal firearms and narcotics laws. Prior to being a Special Agent with ATF I was a Police Agent with the Lakewood Police Department (LPD) in Lakewood, Colorado for four and a half years. As a Police Agent, I was assigned to the patrol division as well as the West Metro SWAT team. My duties involved responding to calls for service and proactive policing. During my employment with ATF and LPD, I have conducted or participated in numerous criminal investigations focused on firearms,

firearms trafficking, armed drug trafficking, and criminal street gangs, and other violations of federal law. I investigated numerous cases of possession of a weapon by a previously convicted felon, possession of a controlled substance with the intent to distribute, and other serious crimes.

## AFFIDAVIT PURPOSE

3.      This affidavit is in support of an application for a criminal complaint and arrest warrant for Rontea GUNN, B/M, DOB XX/XX/1977 ("GUNN").

4.      Based on my training and experience and the facts set forth in this affidavit, your Affiant submits that there is probable cause to believe that GUNN violated federal law, to wit, felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

5.      Because this affidavit is submitted only to obtain a criminal complaint and arrest warrant, I have set forth only those facts I believe are necessary to establish probable cause for the above-mentioned offense. The statements contained in this affidavit are based in part on the investigation that I have conducted and information provided to me by other law enforcement officers verbally and through written reports.

## INVESTIGATION

6.      On October 23, 2025, your Affiant opened an investigation into GUNN after obtaining information indicating that GUNN was in possession of firearms and had offered to sell them. Information indicated GUNN was in possession of several different firearms, including an AR style rifle, AK style pistol, and a semi-automatic pistol that GUNN had sent photographs of and offered to sell. The investigation indicated GUNN was using phone number

(XXX) XXX-8124 ("the Phone Number").[1] An open-source query revealed that the Phone Number is associated to a Quashawn LAWSON (DOB XX/XX/1977). The investigation revealed that Quashawn LAWSON is an alias for GUNN.  A National Crime Information Center (NCIC) query of GUNN conducted in October of 2025 revealed that LAWSON is a listed alias for GUNN, and that he is a convicted felon with felony convictions punishable by greater than one year of imprisonment for the following:

    a. Use or display of a firearm in commission of a felony/Wearing a mask in a public place/Abduction/ (Roanoke Circuit Court, OCA #78797, disposition date 06/12/2009);

    b. Identity Fraud/Credit card theft (Danville, VA Circuit court, OCA# 55965, disposition date 09/15/2005);

    c. Robbery/Use or display of a firearm in commission of a felony (Roanoke Circuit Court, OCA# 78797, disposition date 12/14/2005);

    d. Robbery – Business – Gun (Arrested by FBI on 03/18/2006, sentenced to 38 months Bureau of Prisons, three years supervised release).[2]

    e. Racketeer Influenced and Corrupt Organizations (RICO), (Indicted by the FBI) and later pled guilty to one (1) count of Racketeering Conspiracy, GUNN's federal supervised release ended on 08/09/2024.[3]

---

[1] For purposes of this affidavit for criminal complaint, the first six digits of the phone number are written as XXX-XXX.

[2] PACER reflects that in 2:06-CR-00156-GJP, GUNN was convicted of Bank Robbery in the Eastern District of Pennsylvania and was sentenced to 38 months of imprisonment.

[3] PACER reflects that in 3:16-CR-00008-MFU, which was later transferred to case 7:16-CR-30008, in the United States District Court for the Western District of Virgina (Charlottesville Division), GUNN was sentenced to 60 months in prison for this case.

7.      In or around February 2026, GUNN was provided with an undercover's (UC) phone number and GUNN later contacted the UC. During various conversations over several weeks, GUNN and the UC discussed GUNN being a previously convicted felon who served 23 years in federal prison. GUNN told the UC that he is in possession of several personal firearms. The UC and GUNN discussed the possibility of GUNN transporting firearms down to Mexico on behalf of the UC.  The UC posed as a firearm trafficker for a Mexican Cartel.

8.      Through various recorded phone calls and text conversations the ATF UC arranged to conduct a firearms shipment with GUNN. The ATF UC and GUNN agreed to meet on April 7, 2026, so GUNN and the UC could transport the firearms to Texas, under the guise that the firearms would then subsequently be transported across the border into Mexico on behalf of a Mexican Drug Cartel.

9.      On April 7th, 2026, the ATF UC arranged to meet with GUNN at a Public Storage located in La Vista, NE, 68128. The UC and GUNN agreed to meet at the storage unit so GUNN could take possession of multiple firearms and transport them to Texas to associates of the UC who could then transport them into Mexico. GUNN acting as the driver, and another individual (hereinafter "Individual 1") arrived in a white Chrysler van. After arriving on scene, the UC engaged Individual 1 and GUNN in conversation. Both Individual 1 and GUNN possessed and handled various firearms during the encounter. They also assisted the UC with loading them into the Chrysler van. Members of ATF's Special Response Team (SRT) Team 1 arrested GUNN and Individual 1. During a subsequent search of Individual 1, agents located a Smith and Wesson, SD9, 9 mm caliber pistol in his front waist band.

10.      GUNN and Individual 1 were transported to the Omaha Police Department and interviewed. The interviews were recorded both audio and video. Agents Mirandized GUNN.

GUNN agreed to speak with SA Lovett and advised that he had two firearms in his residence that he kept for protection (these two firearms were also located on April 7, 2026, at GUNN's Omaha, Nebraska, apartment pursuant to a federal search warrant.) GUNN described them as being a .22 caliber rifle and a .40 caliber pistol. GUNN acknowledged that he is a previously convicted felon. GUNN also acknowledged handling and wrapping up firearms at the storage unit to load in the vehicle. GUNN was then transported to the Douglas County Corrections Center and lodged.

11. The firearms that were part of the transaction with the UC were acquired from the ATF's Firearms Ammunition Technology Division (FATD) for which ATF has legal title and are tangible property. They consist of the following:

    a. (1) Zastava, M70AB2, 7.62 caliber rifle, SN# 800282

    b. (1) Zastava, M70AB2, 7.62 caliber, SN# M70AB13659

    c. (1) Ramo, M2, 50 caliber rifle, SN# 003719

    d. (1) FN Herstal, SCAR 17, 308 caliber rifle, SN # H011436

    e. (1) FN Herstal, SCAR 17, 308 caliber rifle, SN # H018938

    f. (1) OSS HX, 762 Silencer, SN# 1601409

    g. (1) OSS HX, 762 Silencer, SN# 1601346

    h. (1) Military Armament Corps, M240L, 308 caliber rifle SN# LN00107

    i. (1) FN Herstal M249S, 5.56 caliber rifle, SN# M249SA06376

    j. (1) Arsenal, SAM 7, 7.62 caliber rifle, SN# AC544408

    k. (1) FN Herstal, M249S, 5.56 caliber rifle SN# M249SA06171

12. SA Sorenson was able to review the firearms and determine that none of them were manufactured in the state of Nebraska.

## CONCLUSION

13.    Based on the aforementioned information, your Affiant submits that probable cause exists to authorize a criminal complaint and arrest warrant for Rontea GUNN because on or about April 7, 2026, in the State and District of Nebraska, the defendant, Rontea GUNN did possess a firearm despite being a convicted felon, in violation of Title 18, United States Code, § 922(g)(1).

I, Paton Lovett, Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, (ATF), being duly sworn, hereby depose and state that the above-mentioned information is true to the best of my information, knowledge and belief.

Paton Lovett
ATF Special Agent

Sworn to before me by telephone or other reliable electronic means:

Date:  April 7, 2026

City and State: Omaha, Nebraska

Ryan C. Carson, U.S. Magistrate Judge